**EXHIBIT A**

From: Doris Dentistry  Fax: 15622694347  To:  Fax: (847) 516-1103  Page: 1 of 1  12/19/2022 9:27 PM



# DENTISTRY SUPPORT ®

WWW.DENTISTRYSUPPORT.COM

DENTISTRYSUPPORT.COM/ONBOARD

HELLO@DENTISTRYSUPPORT.COM

## REMOTE DENTAL OFFICE SUPPORT

**DENTAL BILLING**

**INSURANCE VERIFICATION**

**PHONE SUPPORT**

SCHEDULE A CALL TO LEARN MORE TODAY!

® FREE TRAINING AVAILABLE FOR ON SITE STAFF ONLINE!

DENTISTRY SUPPORT, LLC ™