# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| CARY DENTAL ASSOCIATES, PLLC, an Illinois professional limited liability company, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No. 3:23-cv-50002 |
| v. | ) Hon. Philip G. Reinhard |
| DENTISTRY SUPPORT, LLC, an Arizona limited liability company, | )<br>) Magistrate Margaret J. Schneider<br>)<br>) |
| Defendant. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, CARY DENTAL ASSOCIATES, LLC, and Defendant, DENTISTRY SUPPORT, LLC, through their undersigned attorneys, hereby dismiss this action with prejudice as to Plaintiff's individual claims, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| s/Ryan M. Kelly | s/ Paul Gamboa |
| *One of Plaintiff's Attorneys* | *One of Defendant's Attorneys* |
| | |
| Ryan M. Kelly | Paul Gamboa |
| ANDERSON + WANCA | GORDON & REES LLP |
| 3701 Algonquin Road, Suite 500 | 1 North Franklin, Suite 800 |
| Rolling Meadows, IL 60008 | Chicago, Illinois 60606 |
| Telephone: 847/368-1500 | Tel.: (312) 619-4937 |
| Email: rkelly@andersonwanca.com | Email: pgamboa@grsm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/Ryan M. Kelly