# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Cary Dental Associates, PLLC
                                Plaintiff,

v.                                              Case No.: 3:23−cv−50002
                                                         Honorable Philip G. Reinhard

Dentistry Support LLC
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 31, 2024:

      MINUTE entry before the Honorable Philip G. Reinhard: Based on the stipulation [31] of the parties, this action dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice as to plaintiff's individual claims and without prejudice as to the class allegations. Each party to bear its own costs. Case closed. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.